# EXHIBIT A

| Client | Anna Franklin | | | File No. | 012328WH |
|---|---|---|---|---|---|
| Property Address | 11320 Larimore Rd | | | | |
| City | Saint Louis | County St. Louis | State MO | Zip Code | 63138 |
| Owner | Franklin, Anna E | | | | |

## TABLE OF CONTENTS

Summary of Salient Features ........................................................................................................................................................ 1
GP Residential ............................................................................................................................................................................. 2
Additional Comparables 4-6 ........................................................................................................................................................ 5
GP Residential Certifications Addendum ..................................................................................................................................... 6
Building Sketch ............................................................................................................................................................................ 8
Subject Photos ............................................................................................................................................................................. 9
Subject Photos ............................................................................................................................................................................. 10
Comparable Photos 1-3 ............................................................................................................................................................... 11
Comparable Photos 4-6 ............................................................................................................................................................... 12
Location Map ............................................................................................................................................................................... 13

# SUMMARY OF SALIENT FEATURES

## SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 11320 Larimore Rd |
| Legal Description | Loc 105.96 Ft From N W Corner 523-18 |
| City | Saint Louis |
| County | St. Louis |
| State | MO |
| Zip Code | 63138 |
| Census Tract | 2107.02 |
| Map Reference | G8-11 Wunn |

## SALES PRICE

| | |
|---|---|
| Sale Price | $ N/A |
| Date of Sale | |

## CLIENT

| | |
|---|---|
| Client | Anna Franklin |
| Owner | Franklin, Anna E |

## DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 1,369 |
| Price per Square Foot | $ |
| Location | Suburban/BsyRd |
| Age | 64 |
| Condition | Below Average |
| Total Rooms | 6 |
| Bedrooms | 2 |
| Baths | 1.1 |

## APPRAISER

| | |
|---|---|
| Appraiser | Wade Higgins |
| Date of Appraised Value | 01/23/2023 |

## VALUE

| | |
|---|---|
| Opinion of Value | $ 90,000 |

Alliance Appraisal Services

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 012328WH

## SUBJECT
- Property Address: 11320 Larimore Rd
- City: Saint Louis
- State: MO
- Zip Code: 63138
- County: St. Louis
- Legal Description: Loc 105.96 Ft From N W Corner 523-18
- Assessor's Parcel #: 09E-22-0093
- Tax Year: 2022
- R.E. Taxes: $ 2,153
- Special Assessments: $ 0.00
- Borrower (if applicable): N/A
- Current Owner of Record: Franklin, Anna E
- Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
- Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)
- HOA: $ Unknown ☐ per year ☐ per month
- Market Area Name: St Louis County (Hazelwood Area)
- Map Reference: G8-11 Wunn
- Census Tract: 2107.02

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
- Intended Use: This report is intended to be used by the client to assist in determining the market value of the subject property. Use of this report by others is not intended by the appraiser. This appraisal is not meant for a financial transaction.
- Intended User(s) (by name or type): The client listed below.
- Client: Anna Franklin
- Address: 11320 Larimore Rd, St. Louis
- Appraiser: Wade Higgins
- Address: 141 Spring Leigh Ct, Ballwin, MO 63011

## MARKET AREA DESCRIPTION
- Location: ☐ Urban ☒ Suburban ☐ Rural
- Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25%
- Growth rate: ☐ Rapid ☒ Stable ☐ Slow
- Property values: ☐ Increasing ☒ Stable ☐ Declining
- Demand/supply: ☐ Shortage ☒ In Balance ☐ Over Supply
- Marketing time: ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos.
- Predominant Occupancy: ☒ Owner ☐ Tenant ☐ Vacant (0-5%) ☐ Vacant (>5%)
- One-Unit Housing PRICE $(000) / AGE (yrs): 30+/- Low 34+/-; 150+/- High 99+/-; 60+/- Pred 50+/-
- Present Land Use: One-Unit 85%, 2-4 Unit %, Multi-Unit %, Comm'l 10%, Other 5%
- Change in Land Use: ☒ Not Likely ☐ Likely * ☐ In Process *  * To:

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The market area boundaries consist of Spanish Pond Rd to the north, I-270 to the south, Hwy 367 to the west and Railroad Tracks to the east. There are no significantly adverse influences in this neighborhood. Access to employment centers, shopping and other local amenities is typical of competing areas. Interstate and state highway access is convenient to this neighborhood. Employment stability is typical of competing neighborhoods. Overall property maintenance in the area is average. The current economic supply and demand of residential properties at the present time appears to adequately fulfill the desires of both informed sellers and purchasers. No adverse neighborhood conditions were evident that would affect marketability in a negative manner. Property values have increased slightly and lower interest rates have caused an increase in home refinancing. There is ample supply of mortgage funds available at competitive rates with no discount points.

## SITE DESCRIPTION
- Dimensions: Lot size per property records.
- Site Area: .48 Acres
- Zoning Classification: Residential
- Description: Single Family
- Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable) $ N/A
- Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
- Actual Use as of Effective Date: Single Family
- Use as appraised in this report: Single Family
- Summary of Highest & Best Use: Subject's highest and best use is single family dwelling.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Front Incline / Flat |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical in this area |
| Gas | ☒ | ☐ | | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Electric | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | Landscaping | Avg |

- Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
- FEMA Spec'l Flood Hazard Area: ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 29189C0089K  FEMA Map Date 02/04/2015
- Site Comments: There are no apparent adverse easements or encroachments noted. Refer to the deed for easements of record. A survey was not provided for review

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | One ☐ Acc.Unit | Foundation | Concrete | Slab | N/A | ☐ None | | Heating | Central |
| # of Stories | One | Exterior Walls | Vinyl | Crawl Space | N/A | Area Sq. Ft. | 1,369 | Type | FWA |
| Type ☒ Det. ☐ Att. | | Roof Surface | Comp.Shingle | Basement | Full | % Finished | 65 | Fuel | Gas |
| Design (Style) | Ranch | Gutters & Dwnspts. | Metal | Sump Pump | ☒ None | Ceiling | Drop | | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | DHung | Dampness | ☒ None | Walls | Drywall | Cooling | Central |
| Actual Age (Yrs.) | 64 | Storm/Screens | None | Settlement | NO | Floor | Tile | Central | Average |
| Effective Age (Yrs.) | 45 Years | | | Infestation | NO | Outside Entry | None | Other | |

| Interior Description | | Appliances | | Attic ☐ None | Amenities | | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | WD/Carp/Tile/Avg | Refrigerator | ☒ | Stairs ☒ | Fireplace(s) # 1 | Woodstove(s) # | | Garage # of cars ( 4 Tot.) | |
| Walls | Drywall/Avg | Range/Oven | ☒ | Drop Stair ☐ | Patio | Concrete | | Attach. | 2 |
| Trim/Finish | Wood/Avg | Disposal ☐ | | Scuttle ☐ | Deck ☒ | None | | Detach. | |
| Bath Floor | Tile/Avg | Dishwasher | ☒ | Doorway ☐ | Porch | Front | | Blt.-In | |
| Bath Wainscot | Fiberglass/Avg | Fan/Hood ☐ | | Floor ☐ | Fence | Metal | | Carport | |
| Doors | Wood/Avg | Microwave ☐ | | Heated ☐ | Pool | None | | Driveway | 2 |
| | | Washer/Dryer ☐ | | Finished ☐ | | | | Surface | Concrete |

- Finished area above grade contains: 6 Rooms  2 Bedrooms  1.1 Bath(s)  1,369 Square Feet of Gross Living Area Above Grade
- Additional features: Subject has water heater; amp C.B.
- Describe the condition of the property (including physical, functional and external obsolescence): The subject is in below average to average condition. Some deferred maintenance was noted. The quality of construction is typical for the area.

GP RESIDENTIAL
Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 012328WH

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): MLS; Public Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: There were no prior sales of the subject noted in the past 36 months. |
|---|---|
| Date: None Reported | |
| Price: N/A | |
| Source(s): MLS/Public Records | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

[ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 11320 Larimore Rd, Saint Louis, MO 63138 | 1211 Cove Ln, Saint Louis, MO 63138 | | 11651 Herefordshire Dr, Saint Louis, MO 63138 | | 1361 Bayonne Dr, Saint Louis, MO 63138 | |
| Proximity to Subject | | 0.92 miles NE | | 0.81 miles NE | | 0.48 miles N | |
| Sale Price | $ N/A | $ 65,000 | | $ 106,000 | | $ 122,000 | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 48.44 /sq.ft. | | $ 84.66 /sq.ft. | | $ 93.56 /sq.ft. | |
| Data Source(s) | Inspection | MLS#22000421 | | MLS#22027958 | | MLS#22000403 | |
| Verification Source(s) | Public Record | Public Record | | Public Record | | Public Record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Conventional $2,000 | -2,000 | Cash None Reported | | Conventional $2,000 | -2,000 |
| Date of Sale/Time | N/A | 03/31/2022 | | 05/27/2022 | | 02/16/2022 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban/BsyRd | Suburban | | Suburban | | Suburban | |
| Site | .48 Acres | .20 Acres | | .27 Acres | | .26 Acres | |
| View | Res/Commercial | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Frame | Frame | | BrickV/Frame | | BrickV/Frame | |
| Age | 64 | 65 Years | | 63 Years | | 63 Years | |
| Condition | Below Average | Below Average | | Below Average | | Below Average | |
| Above Grade Room Count | Total 6 / Bdrms 2 / Baths 1.1 | Total 6 / Bdrms 2 / Baths 1.0 | +3,000 | Total 6 / Bdrms 3 / Baths 1.1 | | Total 6 / Bdrms 3 / Baths 2.0 | -3,000 |
| Gross Living Area | 1,369 sq.ft. | 1,342 sq.ft. | +1,000 | 1,252 sq.ft. | +2,000 | 1,304 sq.ft. | +1,000 |
| Basement & Finished Rooms Below Grade | Basement Partial Finish | Basement Unfinished | +3,000 | Basement Partial Finish | | Basement Partial Finish | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2Car/Att | 2Car/Att | | 1Car/Att | +3,000 | 2Car/Att | |
| Porch/Patio/Deck | Porch/Patio | Porch | +1,000 | Porch/Patio | | Porch/Deck | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 6,000 | [X] + [ ] - | $ 5,000 | [ ] + [X] - | $ -4,000 |
| Adjusted Sale Price of Comparables | | | $ 71,000 | | $ 111,000 | | $ 118,000 |

Summary of Sales Comparison Approach   The Sales Comparison Analysis offers the most reliable indication of value for the subject property. Its reliability is directly dependent upon the quality and quantity of sales information readily available. The impact of each comparable sale is assessed based upon the appropriateness and reliability of the data. The final estimated value conclusion is the result of this assessment or reconciliation.

The sales utilized in this report are the best available indicators of value when compared to subject. These sales were selected based on criteria including proximity to the subject, quality of construction, condition & other factors that were determined to have contributory value. Adjustments were made for differences found through research and inspection. These adjustments are based on typical market reaction to differences indicated.  No comparables sold over 1 year ago.  No time of sale adjustment was warranted due to stable market.

Adjustments are based on differences in contributory value. The adjustments were based on information reported in the MLS data.

The MLS photos were used in this report and represent the comparables at time of sale. The appraiser has physically viewed the comparables from the street.

I have not performed any prior services regarding the subject property , as an appraiser, or in any other capacity, within the past 3 years.

Indicated Value by Sales Comparison Approach $ 90,000

GP RESIDENTIAL
Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 012328WH

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): _____

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE = $ _____
Source of cost data: | DWELLING Sq.Ft. @ $ ___ = $ _____
Quality rating from cost service: Effective date of cost data: | Sq.Ft. @ $ ___ = $ _____
Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ ___ = $ _____
| Sq.Ft. @ $ ___ = $ _____
| Sq.Ft. @ $ ___ = $ _____
| ___ = $ _____
| Garage/Carport Sq.Ft. @ $ ___ = $ _____
| Total Estimate of Cost-New ___ = $ _____
| Less Physical | Functional | External
| Depreciation = $( )
| Depreciated Cost of Improvements = $ _____
| "As-is" Value of Site Improvements = $ _____
| = $ _____
| = $ _____

Estimated Remaining Economic Life (if required): _____ Years | INDICATED VALUE BY COST APPROACH = $ _____

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM): _____

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project: _____

Describe common elements and recreational facilities: _____

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ **90,000**   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation   In the final estimate of value the sales comparison approach is given the most weight and the cost approach was not developed. The income approach was not developed, as it is not applicable to the appraisers scope of work.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: There are no special conditions in this appraisal, however the atttached Contingent and Limiting Conditions apply.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **90,000**, as of: **01/23/2023**, which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains **13** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work ☒ Limiting Cond./Certifications ☐ Narrative Addendum ☒ Photograph Addenda ☒ Sketch Addendum
☒ Map Addenda ☐ Additional Sales ☐ Cost Addendum ☐ Flood Addendum ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☐ Extraordinary Assumptions

Client Contact: _____   Client Name: **Anna Franklin**
E-Mail: _____   Address: **11320 Larimore Rd, St. Louis**

## SIGNATURES

**APPRAISER**

*Wade Higgins* (signature)

[Seal: STATE OF MISSOURI — WADE HIGGINS, Number 2006008946, CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER]

Appraiser Name: **Wade Higgins**
Company: **Alliance Appraisal Services**
Phone: **(314) 323-9429**   Fax: _____
E-Mail: **stlouisappraiser@yahoo.com**
Date of Report (Signature): **01/25/2023**
License or Certification #: **2006008946**   State: **MO**
Designation: _____
Expiration Date of License or Certification: **06/30/2024**
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: **01/23/2023**

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name: _____
Company: _____
Phone: _____   Fax: _____
E-Mail: _____
Date of Report (Signature): _____
License or Certification #: _____   State: _____
Designation: _____
Expiration Date of License or Certification: _____
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: _____

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# ADDITIONAL COMPARABLE SALES

File No.: 012328WH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjust. | COMPARABLE SALE # 5 | +(-) $ Adjust. | COMPARABLE SALE # 6 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 11320 Larimore Rd<br>Saint Louis, MO 63138 | 11210 Larimore Rd<br>Saint Louis, MO 63138 | | 11250 Larimore Rd<br>Saint Louis, MO 63138 | | | |
| Proximity to Subject | | 0.14 miles W | | 0.06 miles W | | | |
| Sale Price | $ N/A | $ 119,900 | | $ 70,000 | | $ | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 100.25 /sq.ft. | | $ 56.13 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | MLS#21071548 | | MLS#22052494 | | | |
| Verification Source(s) | Public Record | Public Record | | Public Record | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | FHA<br>None Reported | | Other<br>None Reported | | | |
| Date of Sale/Time | N/A | 07/05/2022 | | 09/28/2022 | | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Suburban/BsyRd | Suburban/BsyRd | | Suburban/BsyRd | | | |
| Site | .48 Acres | .57 Acres | | .59 Acres | | | |
| View | Res/Commercial | Res/Commercial | | Res/Commercial | | | |
| Design (Style) | Ranch | Ranch | | 1.5 Story | | | |
| Quality of Construction | Frame | BrickV/Frame | | Frame | | | |
| Age | 64 | 82 Years | | 92 Years | | | |
| Condition | Below Average | Average | -35,000 | Below Average | | | |
| Above Grade Room Count | Total 6 / Bdrms 2 / Baths 1.1 | Total 6 / Bdrms 2 / Baths 1.0 | +3,000 | Total 6 / Bdrms 3 / Baths 1.0 | +3,000 | Total / Bdrms / Baths | |
| Gross Living Area | 1,369 sq.ft. | 1,196 sq.ft. | +3,000 | 1,247 sq.ft. | +2,000 | sq.ft. | |
| Basement & Finished Rooms Below Grade | Basement<br>Partial Finish | Basement<br>Partial Finish | | Basement<br>Unfinished | +3,000 | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | 2Car/Att | 1Car/Blt-In | +4,000 | 2Car/Det | +2,000 | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Deck | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -25,000 | ☒ + ☐ - $ | 10,000 | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | $ | 94,900 | $ | 80,000 | $ | |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# Assumptions, Limiting Conditions & Scope of Work

File No.: 012328WH

| | | | | |
|---|---|---|---|---|
| Property Address: | 11320 Larimore Rd | City: Saint Louis | State: MO | Zip Code: 63138 |
| Client: | Anna Franklin | Address: 11320 Larimore Rd, St. Louis | | |
| Appraiser: | Wade Higgins | Address: 141 Spring Leigh Ct, Ballwin, MO 63011 | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS
- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The apprai
assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the ba

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unle
otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because th
appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific
arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and b

use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurai

value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of durir the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any
hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardc

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and
makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any
such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because th
appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessmer

the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she
considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such ite

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Apprai
Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal repo
and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the
assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, throu
advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the apprais
performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credibl
assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the
appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report

the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Worl
Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetica
Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties
assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):



Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# Certifications

File No.: 012328WH

| | | | | |
|---|---|---|---|---|
| Property Address: | 11320 Larimore Rd | City: Saint Louis | State: MO | Zip Code: 63138 |
| Client: | Anna Franklin | Address: 11320 Larimore Rd, St. Louis | | |
| Appraiser: | Wade Higgins | Address: 141 Spring Leigh Ct, Ballwin, MO 63011 | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

Client Contact:     Client Name: Anna Franklin
E-Mail:     Address: 11320 Larimore Rd, St. Louis

**APPRAISER**

*Signature: Wade Higgins*

[Seal: STATE OF MISSOURI — WADE HIGGINS Number 2006008946 RESIDENTIAL — CERTIFIED REAL ESTATE APPRAISER]

Appraiser Name: Wade Higgins
Company: Alliance Appraisal Services
Phone: (314) 323-9429    Fax:
E-Mail: stlouisappraiser@yahoo.com
Date Report Signed: 01/25/2023
License or Certification #: 2006008946    State: MO
Designation:
Expiration Date of License or Certification: 06/30/2024
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 01/23/2023

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date Report Signed:
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# Building Sketch

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | Anna Franklin | | | | | |
| Property Address | 11320 Larimore Rd | | | | | |
| City | Saint Louis | County | St. Louis | State | MO | Zip Code 63138 |
| Owner | Franklin, Anna E | | | | | |



| AREA CALCULATIONS SUMMARY | | | | | | AREA CALCULATIONS BREAKDOWN | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Factor | Net Size | Perimeter | Net Totals | Name | Base x | Height x | Width = | Area |
| GLA1 | First Floor | 1 | 1369 | 160 | 1369 | First Floor | | 49 x | 21 = | 1029 |
| GAR | Garage | 1 | 420 | 82 | 420 | | | 34 x | 10 = | 340 |
| | Net LIVABLE | cnt | 1 | (rounded) | 1,369 | 2 total items | | | (rounded) | 1,369 |

© iLOOKABOUT (US) Inc. dba Apex Software

Sketch by ApexSketch

Form SKT.BldSkI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Client | Anna Franklin | | | | |
|---|---|---|---|---|---|
| Property Address | 11320 Larimore Rd | | | | |
| City | Saint Louis | County | St. Louis | State MO | Zip Code 63138 |
| Owner | Franklin, Anna E | | | | |



### Subject Front

| | |
|---|---|
| 11320 Larimore Rd | |
| Sales Price | N/A |
| Gross Living Area | 1,369 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | Suburban/BsyRd |
| View | Res/Commercial |
| Site | .48 Acres |
| Quality | Frame |
| Age | 64 |



### Subject Rear



### Subject Street

| | |
|---|---|
| Client | Anna Franklin |
| Property Address | 11320 Larimore Rd |
| City | Saint Louis    County St. Louis    State MO    Zip Code 63138 |
| Owner | Franklin, Anna E |



### Subject Kitchen
11320 Larimore Rd
Sales Price         N/A
Gross Living Area   1,369
Total Rooms         6
Total Bedrooms      2
Total Bathrooms     1.1
Location            Suburban/BsyRd
View                Res/Commercial
Site                .48 Acres
Quality             Frame
Age                 64



### Subject Bath



### Subject Half Bath

## Comparable Photo Page

| | |
|---|---|
| Client | Anna Franklin |
| Property Address | 11320 Larimore Rd |
| City | Saint Louis    County St. Louis    State MO    Zip Code 63138 |
| Owner | Franklin, Anna E |



### Comparable 1
**1211 Cove Ln**

| | |
|---|---|
| Prox. to Subject | 0.92 miles NE |
| Sale Price | 65,000 |
| Gross Living Area | 1,342 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Suburban |
| View | Residential |
| Site | .20 Acres |
| Quality | Frame |
| Age | 65 Years |



### Comparable 2
**11651 Herefordshire Dr**

| | |
|---|---|
| Prox. to Subject | 0.81 miles NE |
| Sale Price | 106,000 |
| Gross Living Area | 1,252 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | Suburban |
| View | Residential |
| Site | .27 Acres |
| Quality | BrickV/Frame |
| Age | 63 Years |



### Comparable 3
**1361 Bayonne Dr**

| | |
|---|---|
| Prox. to Subject | 0.48 miles N |
| Sale Price | 122,000 |
| Gross Living Area | 1,304 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Suburban |
| View | Residential |
| Site | .26 Acres |
| Quality | BrickV/Frame |
| Age | 63 Years |

## Comparable Photo Page

| | |
|---|---|
| Client | Anna Franklin |
| Property Address | 11320 Larimore Rd |
| City | Saint Louis   County   St. Louis   State   MO   Zip Code   63138 |
| Owner | Franklin, Anna E |



### Comparable 4
11210 Larimore Rd
| | |
|---|---|
| Prox. to Subject | 0.14 miles W |
| Sale Price | 119,900 |
| Gross Living Area | 1,196 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Suburban/BsyRd |
| View | Res/Commercial |
| Site | .57 Acres |
| Quality | BrickV/Frame |
| Age | 82 Years |



### Comparable 5
11250 Larimore Rd
| | |
|---|---|
| Prox. to Subject | 0.06 miles W |
| Sale Price | 70,000 |
| Gross Living Area | 1,247 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Suburban/BsyRd |
| View | Res/Commercial |
| Site | .59 Acres |
| Quality | Frame |
| Age | 92 Years |

### Comparable 6
Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Location Map

| Client | Anna Franklin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 11320 Larimore Rd | | | | | | |
| City | Saint Louis | County | St. Louis | State | MO | Zip Code | 63138 |
| Owner | Franklin, Anna E | | | | | | |



Alliance Appraisal Services

# INVOICE

| FROM: | | |
|---|---|---|
| Alliance Appraisal Services | | |
| 141 Spring Leigh Ct | | |
| Ballwin, MO 63011-3831 | | |
| Telephone Number: (314) 323-9429 | Fax Number: | |

**INVOICE NUMBER**

**DATE**

**REFERENCE**

Internal Order #:
Lender Case #:
Client File #:
Main File # on form:   012328WH
Other File # on form:
Federal Tax ID:
Employer ID:

TO:

Anna Franklin

Telephone Number:     Fax Number:
Alternate Number:     E-Mail:

## DESCRIPTION

Lender:     Client: Anna Franklin
Purchaser/Borrower: N/A
Property Address: 11320 Larimore Rd
City: Saint Louis
County: St. Louis     State: MO     Zip: 63138
Legal Description: Loc 105.96 Ft From N W Corner 523-18

| FEES | AMOUNT |
|---|---|
| | 250.00 |
| SUBTOTAL | 250.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:   Date:   Description: | 250.00 |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| SUBTOTAL | 250.00 |
| TOTAL DUE | $   0.00 |