UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Anna Franklin, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 22-43998-659 |
| | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| Anna Franklin, | ) | Adversary No. 23-04007-659 |
| | ) | #5 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | RE: Order - Plaintiff's Motion for Leave |
| Franklin Credit Management Corp., | ) | to File Amended Complaint & to |
| | ) | Substitute Defendant |
| Defendant. | ) | |
| | ) | |

## CONSENT ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING PLAINTIFF ROBERT FRANKLIN, JR. & TO SUBSTITUTE WILMINGTON SAVINGS FUND SOCIETY, FSB AS DEFENDANT.

COMES NOW, the parties and agree to the following Consent Order on Plaintiff's Motion for Leave of Court for Plaintiff to file Amended Complaint adding Robert J. Franklin, Jr. as an additional Plaintiff to this action and to substitute Wilmington Savings Fund Society, FSB as Defendant:

1. On April 7, 2023, Plaintiff filed its Motion for Leave of Court to File Amended Complaint adding Plaintiff Robert Franklin, Jr. & to Substitute Wilmington Savings Fund Society, FSD as Defendant.

2. Defendant consents to the Motion.

**It is Ordered, Adjudged and Decreed,** in that Plaintiff shall be granted leave to file an Amended Complaint adding Robert J. Franklin, Jr. as an additional Plaintiff to this action.

**It is Further Ordered, Adjudged and Decreed** that Wilmington Savings Fund Society, FSB shall be substituted as the Defendant in the action.
**So Ordered:**

                                                                             */s/ Kathy A. Surratt-States*
                                                          KATHY A. SURRATT-STATES
                                                            U.S. Bankruptcy Judge

DATED: April 17, 2023
St. Louis, Missouri
jjh

| | |
|---|---|
| */s/Timothy Patrick Powderly* | */s/Adam Breeze* |
| Attorney for Plaintiff(s) | Attorney for Defendant |
| Timothy Patrick Powderly | Adam Breeze |
| The Powderly Law Firm, L.L.C. | Millsap & Singer, LLC |
| 11965 St. Charles Rock Road | 612 Spirit Drive |
| Suite 202 | St. Louis, MO 63005 |
| St. Louis, MO 63044 | abreeze@msfirm.com |
| Tim@Powderlylaw.com | (636) 537-0110 |
| (314) 770-9890 | |

Copies mailed to:

Attorney for Defendant
Adam Breeze
Millsap & Singer, LLC
612 Spirit Drive
St. Louis, MO 63005

Attorney for Plaintiff
Timothy Patrick Powderly
The Powderly Law Firm, L.L.C.
11965 St. Charles Rock Road
Suite 202
St. Louis, MO 63044

Debtor
Anna & Robert Franklin
11320 Larimore Rd.
St. Louis, MO 63138